# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEKOU DOLLEH,**  Plaintiff, | CIVIL ACTION |
| v. | |
| **SUGARHOUSE HSP GAMING, L.P.,** doing business as Rivers Casino Philadelphia,  Defendant. | NO. 22-2744 |

## O R D E R

**AND NOW**, this 30th day of September, 2024, upon consideration of Defendant's Motion for Summary Judgment and all responses thereto (ECF Nos. 23-31), it is hereby **ORDERED** that the Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.